1  Anthony J. Fernandez, Esq. (Bar No. 018342)
2  Lori A. Metcalf, Esq. (Bar No. 013966)
   QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
3  2390 East Camelback Road, Suite 440
   Phoenix, Arizona 85016
4  Telephone: (602) 954-5605
5  Facsimile:   (602) 954-5606
   afernandez@qpwblaw.com
6  lori.metcalf@qpwblaw.com
7  *Attorneys for Defendant Corizon Health, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Patricia Tipton, Michael Joseph Tipton, | Case No. 2:19-cv-00060-JJT-JZB |
|---|---|
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Corizon Health, Inc. | |
| Defendant. | |

The parties, through counsel, herby give notice to the Court that this matter has settled. A Stipulation to Dismiss will follow within 30 days.

///

**RESPECTFULLY SUBMITTED** this 25th day of February, 2020.

HALLINAN & KILLPACK LAW FIRM


By /s/ Lori A. Metcalf with permission
   Joane E. Hallinan
   Jeremy Killpack
   *Attorneys for Plaintiffs*


QUINTAIROS, PRIETO, WOOD & BOYER, P.A.


By /s/ Lori A. Metcalf
   Lori A. Metcalf
   Anthony J. Fernandez
   *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2020, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and a copy was sent via Electronic Mail to counsel of record at the following address:

Joane E. Hallinan, Esq.
Jeremy Killpack, Esq.
HALLINAN & KILLPACK LAW FIRM
5240 E. Pima Street
Tucson, AZ 85712
joane@hlfaz.com
Jeremy@hlfaz.com
*Attorneys for Plaintiffs*

By: /s/ Nicole Hudson